THE GERMANIA BANK OF THE CITY OF NEW YORK, Respondent, *v.* GEORGE DISTLER, impleaded, etc., Appellant.

(Argued February 22, 1876; decided February 25, 1876.)

REPORTED below, 4 Hun, 633.

*J. J. Perry* for the appellants.

*Geo. W. Carpenter* for the respondent.

Agree to affirm.   No opinion.
All concur.
Judgment affirmed.

---

JOHN A. ENGH, Respondent, *v.* HENRY GREENEBAUM et al., Appellants.

(Argued February 23, 1876; decided February 25, 1876.)

*H. Morrison* for the appellants.

*Robert Johnstone* for the respondent.

Agree to affirm.   No opinion.
All concur, except EARL, J., not voting.
Judgment affirmed.